IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
~~RECEIVED~~
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 11 2021
JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

TIMOTHY STAPLETON, Plaintiff

v.

WARDEN LEGNERICH,

CAPT. HANSEN,

LT. SHIELDS,

DEAN WILLIAMS, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

TImoTHy STAPLETON #161388   PO Box 2005   BuenaVista, CO. 81211
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
✓ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____

B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: WARDEN LEGNERICH  P.O. Box 2005
(Name, job title, and complete mailing address)

BUENA VISTA CO 81211

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*). Briefly explain:

HE IS SuperIOR OFFICER AT FACILITY
_____

Defendant 1 is being sued in his/her X individual and/or X official capacity.

2

Defendant 2: CAPT. HANSEN P.O. BOX 2005 BUENA VISTA
(Name, job title, and complete mailing address)
CO 81211

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No *(check one)*. Briefly explain:

HE IS SUPERIOR OFFICER AT FACILITY

Defendant 2 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 3: LT. SHIELDS P.O BOX 2005 BUENA
(Name, job title, and complete mailing address)
VISTA CO 81211

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No *(check one)*. Briefly explain:

HE IS SUPERIOR OFFICER AT FACILITY

Defendant 3 is being sued in his/her _X_ individual and/or _X_ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_  42 U.S.C. § 1983 (state, county, and municipal defendants)

___  *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___  Other: *(please identify)* _____

3

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: CONSTITUTIONAL RIGHTS VIOLATIONS

Supporting facts: BETWEEN JULY 7 - SEPT 27 AND OCT 17 - NOV 25 THESE DEFENDANT CONSPIRED TO VIOLATE LONG STANDING RIGHTS AFFORDED ALL BY THE CONSTITUTION. THESE OFFENDERS TOOK IT UPON THEMSELVES TO REFUSE PHONE CALLS TO FAMILIES REFUSE ALL RELIGIOUS ACTIVITIES, REFUSE EXERCISE AND ACCESS TO THE COURTS BY INSTITUTING 24 HOUR LOCKDOWNS UNDER THE GUISE OF COVID AND REFUSING TO PROPERLY TEST THEIR OFFICERS WHO INFECTED 100'S ON MULTIPLE OCCASIONS. THESE ARBITRARY LOCKDOWNS WERE DONE WITHOUT DUE PROCESS AND HAVE LED TO SUICIDES AND LONG TERM MENTAL AND PHYSICAL HEALTH CONCERNS SUCH AS OBECITY, HEART CONDITIONS DEPRESSION, ANXIETY ETC.

THESE OFFENDERS CONTINUE TO ALLOW TRANSFERS FROM HOTZONES POSITIVE CASES CONTINUE TO RISE AS THESE PEOPLE WITH POSITIVE CASES ARE INTRODUCED INTO THE FACILITY WITH DELIBERATE INDIFFERENCE. THESE ARE WILLFUL AND WANTON ACTIONS PROVING THAT THESE OFFENDERS CARE LITTLE ABOUT THE PHYSICAL WELLBEING OR THE MENTAL HEALTH OF OTHERS

# E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

# F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_X_ Yes ___ No (*check one*)

IN THE PROCESS

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

PLAINTIFF PRAYS FOR INJUNCTIVE RELIEF TO STOP THE TRANSFERS FROM ONE FACILITY TO ANOTHER / PLAINTIFF ALSO DEMANDS A JURY TRIAL AND DEMANDS DAMAGES OF ONE MILLION DOLLARS BOTH GENERALLY AND PUNITIVELY

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

01-07-2021
(Date)

(Form Revised December 2017)

**Colorado Department Of Corrections**
Name _Timothy Stapleton_
Register Number _161388_
Unit _BVMF_
Box Number _2005_
City, State, Zip _Buena Vista, Co 81211_

United States District Court
901-19th Street, Room A105
Denver, Co. 80294-3589



DENVER CO
8 JAN 2021

neopost 01/06/2021
US POSTAGE $00.55⁰
ZIP 81211
041L11230983

80294-250151

Restricted Mail Stamp
FACILITY: BVCC
DATE REC'D: 1/7/21
STAFF LAST NAME: Brown
ID#: 26333
INT: BB
DOC#: 161366
OFFENDER LAST NAME: Shackleton