IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge R. Brooke Jackson

Civil Action No. 21-cv-00076-RBJ-STV

TIMOTHY STAPLETON,

    Plaintiff,

v.

JAMES LENGERICH,
JEREMIAH HANSEN,
KYLE SHEILDS, and
DEAN WILLIAMS,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE

This matter is before the Court on the July 6, 2022 Recommendation of Magistrate Judge Scott T. Varholk [ECF No. 47]. The Recommendation addresses CDOC Defendants' Motion to Dismiss Plaintiff's Amended Complaint Under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [ECF No 38]. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. Despite this advisement, no objection to Magistrate Judge Varholak's Recommendation was filed by either party. "In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de*

1

*novo* or any other standard, when neither party objects to those findings.")).

The Court has reviewed the relevant pleadings concerning the Recommendation. Based on this review, the Court concludes that the Magistrate Judge's analyses and recommendations are correct, and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note. Within its discretion, the Court has also conducted a de novo review of Magistrate Judge Varholak's Recommendation. Based upon that review, which involved reading the plaintiff's complaint, the defendants' motion to dismiss, the parties' briefs, and Magistrate Judge Varholak's Recommendation, I agree with his factual and legal conclusions. Therefore, the Court ADOPTS the Recommendation as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of United States Magistrate Judge Varholak [ECF No. 47] is AFFIRMED and ADOPTED and defendants' motion to dismiss [ECF No. 38] is GRANTED. Plaintiff's complaint is dismissed in its entirety with prejudice as to claims against Defendants Williams, Lengerich, Shields, and Hanson in their individual capacities. Pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 defendants are awarded their costs.

DATED this 7th day September of 2022.

BY THE COURT:

_____
R. Brooke Jackson
Senior United States District Judge