IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00076-RBJ-STV

TIMOTHY STAPLETON,

    Plaintiff,

v.

JAMES LENGERICH,
JEREMIAH HANSEN,
KYLE SHEILDS, and
DEAN WILLIAMS,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE [ECF No. 48] entered by Judge R. Brooke Jackson on September 7, 2022, it is

ORDERED that the Recommendation of United States Magistrate Judge Varholak [ECF No. 47] is AFFIRMED AND ADOPTED. It is

FURTHER ORDERED that the defendants' motion to dismiss [EF No. 38] is GRANTED. It is

FURTHER ORDERED that the complaint is dismissed in its entirety with prejudice as to claims against Defendants Williams, Lengerich, Shields, and Hanson in their individual capacities. It is

FURTHER ORDERED that as the prevailing party the defendants are awarded reasonable costs to be taxed by the Clerk pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 7th day of September, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes,
Deputy Clerk